UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | )<br>)  3:12-md-02385-DRH<br>)<br>)  MDL No. 2385<br>) |

**This Document Relates To:**

The Member Actions Subject to the NOTICE of Settlement of Stipulation of Dismissal with Prejudice of Settled Actions (MDL 2385 Doc. 673) and Identified in Exhibit 1 Attached Thereto (MDL 2385 Doc. 673-1)

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on May 29, 2015 (MDL 2385 Doc. 673), the member actions identified in Exhibit 1 to the parties' Stipulation of Dismissal (Doc. 673-1) are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,

ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
      **Deputy Clerk**

**Dated:**  June 15, 2015

Digitally signed by
David R. Herndon
Date: 2015.06.15
09:38:44 -05'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**